UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

CHAUN CARRIDINE,                               Civil No. 15-3251(JRT/FLN)

                      Plaintiff,

v.                                                                                    **ORDER ON REPORT
                                                                                     AND RECOMMENDATION**

STATE OF MINNESOTA,

                      Defendant.
_____

    Chaun Carridine, 229283, MCF - Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff.

    Jean Burdorf, Linda Kay Jenny, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for defendant.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 21, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that

    1.   Petitioner Chaun Carridine's motion for an extension of time [Docket No. 1] is **DENIED**.

    2.   This action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  September 16, 2015                     ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                              United States District Judge